# PIER 5 LAW OFFICES
A COMMUNITY OF SOLE PRACTITIONERS

VINCENT BARRIENTOS
MARIA BELYI
CURTIS L. BRIGGS
RANDOLPH E. DAAR
CAROLYN HAGIN EMISON
BRIAN FORD
RYAN ROTH
NEDRA RUIZ
DIANA SAMUELSON
J. TONY SERRA
TYLER SMITH
ANNE MARIE TOMASSINI
ERICA E. TREEBY

IN MEMORIAM
LAURENCE JEFFREY LICHTER

3330 GEARY BOULEVARD
3RD FLOOR EAST
SAN FRANCISCO 94118
AREA CODE 415
TELEPHONE: 986-5591
FAX: 421-1331

SECRETARIAL STAFF:
ERIKA LARSON

December 4, 2019

Honorable Judge Laura Taylor Swain
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-5-2019

*via CM-ECF*

Re:  United States v. Bentley Gerald Hatchett
     1:13-cr-00634-LTS-1
     Hearing Requesting Bail

**MEMO ENDORSED**

Dear Judge Swain:

I am writing this letter to you in advance of the Status Conference set for tomorrow, December 5, 2019, in the above-referenced matter. My co-counsel Geoffrey Stewart will be appearing at this conference. It is our intention to ask this Court for a date for bail review on behalf of our client Bentley Hatchett. I have been informed by your clerk that December 19, 2019, at 11:00 a.m. is available, and request that time and place for a bail review hearing. It is my understanding that the AUSA assigned to the case, Brett Kalikow, is unavailable. I have spoken with Assistant United States Attorney Jacob Fiddelman, who advised me that he would be available on that date. Once the date is assigned, I will file a formal motion.

Sincerely,

RANDOLPH E. DAAR

cc:  Geoffrey Stewart
     Jacob Fiddelman
     Bentley Hatchett

*The bail review hearing will be held on Thursday December 19, 2019, at 11:00 AM.*

SO ORDERED:

/s/ Laura Taylor Swain  12/5/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE