```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :    **ORDER**
        - v. -                       :
                                     :    13 Cr. 634 (LTS)
BENTLY GERALD HATCHETT,              :    11 Mag. 1180
    a/k/a "Bentley Hatchet,"         :
    a/k/a "Debbie,"                  :
    a/k/a "Dreamer,"                 :
                                     :
        Defendant.                   :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Brett M. Kalikow;

It is found that the Complaint in the above-captioned action, 11 Mag. 1180, is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed; it is therefore

ORDERED that the Complaint, 11 Mag. 1180, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         December 19, 2019

_____
LAURA TAYLOR SWAIN, U.S.D.J