UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA


    -v-                              No. 13-CR-634-LTS


BENTLEY HATCHETT,

                          Defendant.

-----------------------------------------------------------X


## ORDER


      Geoffrey St. Andrew Stewart, Esq. and Randolph E. Daar, Esq., are relieved as retained counsel for the defendant.  The defendant in the above-captioned matter is now represented by retained counsel, Barry S. Zone, Esq., nunc pro tunc as of February 4, 2020.


      SO ORDERED.


Dated:  New York, New York
         February 7, 2020


                            /s/  Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                           United States District Judge