

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/20

Re:   ***United States v. Hatchett*, No. 13 Cr. 634 (LTS)**

Dear Judge Swain:

A status conference in the above-captioned matter is scheduled for Thursday, March 12, 2020, at 10 a.m. Since the last conference before Your Honor on February 4, 2020, the Government has produced discovery materials to new defense counsel, and has been engaged in discussions with defense counsel regarding possible pretrial disposition. However, in significant part because of recent issues as the Metropolitan Correctional Center, which have hindered communications with the defendant, the parties do not anticipate reaching an agreement on a pretrial resolution prior to the upcoming March 12 conference.

Therefore, the parties respectfully request that the March 12 conference be adjourned for approximately thirty days, to allow for defense counsel to meet with the defendant to review discovery and discuss possible pretrial resolution, and to continue negotiations with the Government.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from March 12, 2020 to the date that the conference is rescheduled, to permit the defense to review discovery and for the parties to continue negotiations regarding possible pretrial disposition. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, who has consented to the above requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Brett M. Kalikow
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Barry Zone, Esq. (via ECF)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 4/16/20 AT 2:15PM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 4/16/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ 3/11/20
LAURA TAYLOR SWAIN, USDJ