UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                          No.  13-CR-634-LTS

Hatchett,

        Defendant.

-------------------------------------------------------x

ORDER

A telephonic conference is scheduled in this matter for April 16, 2020, at 2:15 p.m., at which time the Court will address Mr. Hatchett's "Emergency Motion for Reconsideration and Pretrial release."  (Docket Entry No. 49.)  The Government must file its written response to the foregoing motion by **12 p.m. on April 14, 2020**.  Any reply must be filed by **12 p.m. on April 15, 2020,** along with written confirmation that Mr. Hatchett, after consultation with counsel, consents to proceeding telephonically and in his absence.

Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  A complete, unredacted courtesy copy of any redacted filing must be provided to opposing counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  The parties must deliver unredacted copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse,

with a copy of this Order, as soon as is practicable after the COVID-19 pandemic local travel restrictions are lifted, and in any event no later than July 17, 2020.

The conference will proceed telephonically.  To access the call, the parties must dial 888-363-4734, enter the access code 1527005, and the security code 1245.  During the call, the parties are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers to the line must identify themselves if asked to do so.
4. Identify yourself each time you speak.
5. <u>Mute</u> when you are not speaking to eliminate background noise.
6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
April 13, 2020

   __/s/ Laura Taylor Swain____
LAURA TAYLOR SWAIN
United States District Judge