UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                   No.  13 CR 634-LTS

BENTLEY HATCHETT,

       Defendant.

-------------------------------------------------------x

ORDER

For the reasons stated on the record today, Mr. Hatchett has not sustained his burdens under 18 U.S.C. sections 3142(f) and 3142(i).  Accordingly, his motion for reconsideration of the Court's prior order of detention, or temporary release (docket entry No. 49), is denied.

SO ORDERED.

Dated: New York, New York
         April 16, 2020

                                                                            /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           United States District Judge