U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Hatchett*, No. 13 Cr. 634 (LTS)

Dear Judge Swain:

A status conference in the above-captioned matter is scheduled for June 24, 2020, at 2:30 p.m. The parties respectfully request that the Court adjourn the conference for a period of approximately 45 days to allow additional time to review the discovery materials and for the parties to continue to engage in discussions regarding possible pretrial disposition, which are ongoing but are not expected to be completed before the June 24 conference.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from June 24, 2020 to the date that the conference is rescheduled, to permit the defense additional time to review discovery and for the parties to continue negotiations regarding possible pretrial disposition. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, who has consented to the above requests.

The application is granted. The conference is adjourned to 8/6/2020 at 2:00 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 8/6/2020 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: 6/12/2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   Barry Zone, Esq. (via ECF)