U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2020

**BY ECF**

MEMO ENDORSED

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Hatchett*, No. 13 Cr. 634 (LTS)

Dear Judge Swain:

A status conference in the above-captioned matter is scheduled for August 6, 2020, at 2 p.m. The parties respectfully request that the Court adjourn the conference for a period of approximately 30 days. The parties have been engaged in productive discussions regarding possible pretrial disposition, and the requested adjournment will permit the parties to continue to exchange and review additional information in furtherance of those discussions.

In the event that the Court grants the requested adjournment, in an abundance of caution, to the extent that Standing Orders of the District do not automatically apply, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from August 6, 2020 to the date that the conference is rescheduled, to permit additional time for the defense and the Government to review and exchange information in furtherance of negotiations regarding possible pretrial disposition. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, who has consented to the above requests.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

The application is granted. The conference is adjourned to September 10, 2020, at 9:00 a.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 10, 2020, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE# 61 resolved.

SO ORDERED.
Dated: July 27, 2020

/s/ Laura Taylor Swain, USDJ

cc:   Barry Zone, Esq. (via ECF)