

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2020

**BY ECF**

## MEMO ENDORSED

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Hatchett*, No. 13 Cr. 634 (LTS)

Dear Judge Swain:

A status conference in the above-captioned matter is scheduled for September 10, 2020. After consulting with the Court's chambers regarding the logistics of holding a remote proceeding at which the defendant, who is in custody, may be present, the parties respectfully request that the Court adjourn the conference for the soonest available date at which the defendant would be able to participate remotely. The parties are amenable to proceeding by teleconference in lieu of a video conference.

In the event that the Court grants the requested adjournment, in an abundance of caution, to the extent that Standing Orders of the District do not automatically apply, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from September 10, 2020 to the date that the conference is rescheduled, to allow for arrangement of the necessary logistics to permit the defendant to be able to participate remotely. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, who has consented to the above requests.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

The adjournment request is granted. The Court will request a telephonic conference for September 24, 2020, at 9AM. The date and time cannot be confirmed until late in the preceding week, so counsel are requested to keep open their morning calendars for September 24, 2020, from 9am to 1PM to the extent possible. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 24, 2020, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: 9/9/2020

/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

cc:   Barry Zone, Esq. (via ECF)