

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Hatchett*, No. 13 Cr. 634 (LTS)

Dear Judge Swain:

    A status conference in the above-captioned matter is scheduled for November 16, 2020. The parties have been engaged in productive and progressing discussions regarding possible pretrial resolution, including exchanges of additional information.  However, the parties do not anticipate reaching an agreement before the November 16 conference, and respectfully request that the Court adjourn the conference for approximately 60 days to permit defense counsel and the defendant additional time to review discovery and other materials provided in furtherance of plea negotiations, which review has been hindered in part by COVID-19 related restrictions.

    In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from November 16, 2020 to the date that the conference is rescheduled for the reasons stated above.  The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

    I have communicated with defense counsel, who has consented to the above requests.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

The adjournment and speedy trial exclusion requests are granted. The conference is adjourned to January 22, 2021, at 9:00 a.m. and time is excluded through that date for the foregoing reasons. Because the precise time and modality of the conference cannot be determined until the week before, counsel are requested to keep their calendars as open as possible from 9:00 a.m. to 2:00 p.m. on January 22, 2021.
SO ORDERED.
11/12/2020
/s/ Laura Taylor Swain, USDJ

cc:   Barry Zone, Esq. (via ECF)