

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:  *United States v. Hatchett*, No. 13 Cr. 634 (LTS)

Dear Judge Swain:

    A status conference in the above-captioned matter is scheduled for January 22, 2021. The parties have been engaged in productive and progressing discussions regarding possible pretrial resolution, including additional, recent exchanges of information. However, the parties do not anticipate reaching an agreement before the January 22 conference, A significant factor in the delay has been logistical impediments to defense counsel's ability to meet with the defendant as a result of the COVID-19 pandemic. The parties therefore respectfully request that the Court adjourn the conference for approximately six weeks to permit defense counsel and the defendant additional time for defense counsel to meet with and advise the defendant regarding his case and potential pretrial resolution.

    In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from January 22, 2021 to the date that the conference is rescheduled for the reasons stated above. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    I have communicated with defense counsel, who has consented to the above requests.

The foregoing adjournment and speedy trial exclusion requests are granted for the reasons stated above.  The conference is adjourned to March 12, 2021, at 9:00 a.m., and speedy trial time is hereby excluded through that date. DE# 70 resolved.
SO ORDERED.
1/7/2021
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   Barry Zone, Esq. (via ECF)