

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Hatchett*, No. 13 Cr. 634 (LTS)

Dear Judge Swain:

On July 21, 2021, the Court held a sentencing conference for the defendant, and scheduled a forfeiture hearing for today, August 17, 2021. As the parties indicated to the Court at the sentencing conference, the parties had agreed on a proposed total forfeiture amount. Since the conference, the Government has been looking into the disposition of funds that were seized from the defendant on December 17, 2008 to determine whether those funds may appropriately be treated as partial satisfaction of the proposed forfeiture judgment. The Government has now completed its review and the parties agree on how the funds should be treated. The Government is finalizing its proposed forfeiture stipulation and order for the Court's consideration, which is expected to be completed today, and the parties will immediately execute the stipulation and submit it to the Court.

For the foregoing reasons, the parties jointly respectfully request that the Court adjourn today's forfeiture hearing.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

The foregoing request for adjournment of the forfeiture hearing is granted. The parties are directed to provide the proposed forfeiture stipulation and order for the Court's consideration by August 20, 2021, or otherwise provide a status update with regard to the same. Dkt no. 87 resolved. SO ORDERED.
8/17/2021
/s/ Laura Taylor Swain, Chief USDJ

cc:   Barry Zone, Esq. (via ECF)